UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JASON SCALA, | : | |
| Plaintiff, | : | Civil No. 13-1157(NLH) |
| v. | : | |
| JORDAN R. HOLLINGSWORTH, et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

IT APPEARING THAT:

1. On February 27, 2013, the Clerk of the Court docketed the instant Complaint (docket entry no. 1).  Plaintiff failed to submit a completed in forma pauperis application as required by 28 U.S.C. § 1915(a)(1), (2) and the matter was administratively terminated on March 18, 2013 (docket entry no. 2).

2. Plaintiff submitted a letter on March 28, 2013 (docket entry no. 3) stating that he wishes to withdraw his Complaint so that he may first exhaust his administrative remedies with respect to the issues presented in the Complaint.

3. Accordingly, this Court will deem the Complaint withdrawn. THEREFORE, it is on this  25th   day of April , 2013;

1

ORDERED that the Clerk shall reopen this matter by making a new and separate entry on the docket reading "CIVIL CASE REOPENED"; and it is further

ORDERED that, pursuant to Plaintiff's request, Plaintiff's civil action asserting claims pursuant to 42 U.S.C. § 1983 is hereby deemed withdrawn; and it is further

ORDERED that the Clerk of the Court will close the file.


At Camden, New Jersey            s/ Noel L. Hillman
                                 NOEL L. HILLMAN
                                 United States District Judge